PER CURIAM.
AFFIRMED. See Cobb v. State, 567 So.2d 554 (Fla. 1st DCA 1990); Huff v. State, 566 So.2d 945 (Fla. 1st DCA 1990); Schesny v. State, 564 So.2d 640 (Fla. 1st DCA 1990); Buckley v. State, 558 So.2d 534 (Fla. 1st DCA 1990); Betsey v. State, 558 So.2d 202 (Fla. 1st DCA 1990); Thomas v. State, 558 So.2d 129 (Fla. 1st DCA 1990); Reynolds v. State, 558 So.2d 127 (Fla. 1st DCA 1990) [J. Zehmer’s concurring opinion]; Jones v. State, 558 So.2d 116 (Fla. 1st DCA 1990) [J. Zehmer’s specially concurring opinion]; Glass v. State, 556 So.2d 465 (Fla. 1st DCA 1990), review pending, No. 75,600; Carter v. State, 552 So.2d 203 (Fla. 1st DCA), approved, 553 So.2d 169, 170, nt. 1 (Fla.1989); Franklin v. State, 545 So.2d 851, 852, 853 (Fla.1989).
WIGGINTON, MINER and WOLF, JJ., concur.